UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-14002-ROSENBERG/LYNCH

JANET HOYT,

    Plaintiff,

vs.

NINO'S CORNER, INC.
d/b/a NINO'S CORNER,

    Defendants(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JANET HOYT, by and through undersigned counsel, hereby files her Notice of Voluntary Dismissal of this Action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, NINO'S CORNER, INC. d/b/a NINO'S CORNER ("Defendant"), ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2. This case shall be dismissed against Defendant **with prejudice,** with each party bearing her/its own attorneys' fees and costs.

Dated: March 1, 2017.

                                              BY: /s/ Jason S. Weiss
                                                      Jason S. Weiss
                                                      Jason@jswlawyer.com
                                                      Florida Bar No. 356890
                                                      **WEISS LAW GROUP, P.A.**
                                                      5531 N. University Drive, Suite 103
                                                      Coral Springs, FL 33067
                                                      Tel: (954) 573-2800
                                                      Fax: (954) 573-2798
                                                      *Attorneys for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                      BY:   /s/ Jason S. Weiss
                                                Jason S. Weiss
                                                Jason@jswlawyer.com
                                                Florida Bar No. 356890